JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KHAKSHOURI, | CV 22-8508 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MERRICK GARLAND, et al., | |
| Defendants. | |

Pursuant to this Court's March 23, 2023, Minute Order granting the Motion to Dismiss filed by defendants Merrick Garland, Attorney General of the United States, Alejandro Mayorkas, Secretary of the United States Department of Homeland Security, Ur Mendoza Jaddou, Director of the United States Citizenship and Immigration Services ("USCIS"), and Terri Robinson, Director of USCIS' National Benefit Center (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiff Reza Khakshouri ("Plaintiff") is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: March 23, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE